UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
          Plaintiff,

v.

ALBERT WALTER BRATTON III,
          Defendant,

**UNDER SEAL**

Criminal No. 22-mj-90 HB

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: ALBERT WALTER BRATTON III
Detained at (custodian): HENNEPIN COUNTY JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Complaint
                      Charging Detainee With: _
  or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
  or  b.)  (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on January 24, 2022 at 1:00 p.m. in the courtroom of Hildy Bowbeer via ZOOM.

Dated: January 21, 2022

*Amber Brennan*
AMBER M. BRENNAN, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

1/21/2022
Date

[signature]
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking #: | 2021017849 | DOB: | xx/xx/1995 |
| Facility Address: | 350 South 5th Street | Race: | |
| | Minneapolis, MN 55415 | FBI #: | |
| Facility Phone: | 612-348-5112 | | |
| Currently Incarcerated For: | Felon in Possession/Narcotics | | |

**RETURN OF SERVICE**

Executed on _____ by _____   _____
                                                                             (Signature)