IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: HILDY BOWBEER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 22-mj-90 HB |
| | ) | Date: January 24, 2022 |
| Albert Walter Bratton, III, | ) | Video Conference |
| | ) | Time Commenced: 1:17 p.m. |
| Defendant, | ) | Time Concluded: 1:28 p.m. |
| | | Time in Court: 11 minutes |

APPEARANCES:

Plaintiff: Amber Brennan, Assistant U.S. Attorney
Defendant: Doug Micko, Assistant Federal Public Defender
      X FPD        X To be appointed

Date Charges Filed: 1/21/2022        Offense: possession with intent to distribute cocaine; carrying a firearm during a drug trafficking crime

X Advised of Rights

on    X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is January 26, 2022 at 2:00 p.m. via video conference before U.S. Magistrate Judge Hildy Bowbeer for:
   X Detention hrg        X Preliminary hrg

X Government moves to unseal the case.        X Granted


Additional Information:
X Oral Rule5(f) Brady notice read on the record
X Defendant consents to this hearing via video conference.

                                                                s/SAE
                                                                Signature of Courtroom Deputy